Order entered November 20, 2020



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00401-CV**

**LRF1 DALLAS LOGISTICS 1 LLC, Appellant**

**V.**

**CITY OF CARROLLTON AND BRETT KING, BUILDING OFFICIAL OF THE CITY, IN HIS OFFICIAL CAPACITY, Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-09123**

**ORDER**

Before the Court is the parties' November 19, 2020 joint motion to further extend the deadline for appellant's brief. The parties explain they have entered into a binding settlement agreement. However, dismissal of the appeal is conditioned upon the satisfaction of certain conditions the parties originally believed would occur by October 15, 2020 but now believe will occur by January 2021. The parties ask the deadline for appellant's brief be extended to January 29,

2021 and assert the brief or a motion to dismiss the appeal will be filed by that date.

We **GRANT** the motion and **ORDER** appellant's brief, a motion to dismiss the appeal, or status report be filed no later than January 29, 2021.

/s/    ERIN A. NOWELL
         JUSTICE